UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VINCENT E. PRICE,

        Plaintiff,

    v.

ALBERTO GONZALES, Attorney General of the United States,

        Defendant.

CASE NO. C06-426-JCC

ORDER

       This matter comes before the Court on Plaintiff's "Motion To Compel and/or Judgment" (Dkt. No. 14), Defendant's Response (Dkt. No. 15), and Plaintiff's Reply (Dkt. No. 16). The Court has considered the papers submitted regarding this motion and determined that oral argument is not necessary. The Court hereby finds and rules as follows.

       Plaintiff's motion requests an order compelling Defendant to respond to discovery requests made pursuant to Federal Rules of Civil Procedure 26(a)(1)(E) and 34. Rule 26(a) governs initial disclosures. Rule 34 governs requests for production of documents and things and entry upon land. Plaintiff's motion cites these rules generally, but he does not set forth specific discovery requests that he is asking this Court to examine. Defendant's Response to Plaintiff's motion asserts that it has now submitted interrogatory responses (governed by Rule 33) to Plaintiff, indicating that Plaintiff's motion may be moot.

ORDER – 1

Plaintiff's Reply contains a "Response to Defendant's General Objections," which proceeds to refer, presumably, to Defendant's particular discovery responses by section and item number. However, Plaintiff has submitted no exhibits or examples of Defendant's responses to which he refers. Accordingly, the Court cannot consider whether Defendant's objections to Plaintiff's discovery requests are legally or factually justified.

For the foregoing reasons, the Court hereby DENIES Plaintiff's motion to compel discovery, as well as his alternative request to enter judgment in his favor. Further, Plaintiff is advised to consult both Federal Rule of Civil Procedure 37 and Local Civil Rule 37 (W.D. Wash.). These rules govern discovery disputes and motions for orders compelling discovery. These rules specifically require parties to make a good faith effort to meet and confer before bringing a discovery dispute to the Court. Plaintiff may not direct his objections to Defendant's discovery to the Court without first directing them to Defendant, as it appears he has done in this instance.

SO ORDERED this 19th day of April, 2007.

John C. Coughenour
United States District Judge

ORDER – 2